IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT OLSEN, | No. C 12-06333 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| THE CITY OF OAKLAND, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>August 16, 2013</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>March 14, 2014</u>.

DESIGNATION OF EXPERTS: <u>3/28/14</u>; REBUTTAL: <u>4/11/14</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>May 16, 2014</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>6/6 /14</u>;

    Opp. Due <u>6/20/14</u>;  Reply Due <u>6/27/14</u>;

    and set for hearing no later than <u>July 11, 2014</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 23, 2014</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>October 6, 2014</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a Magistrate-Judge Spero for settlement purposes. The settlement conference shall occur in July 2013.
Plaintiff shall file an amended complaint naming the "Doe" defendants within 60 days.
Plaintiff will determine if the City of Oakland will be dismissed or not.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/25/13

SUSAN ILLSTON
United States District Judge