| | |
|---|---|
| 1 | JAMES B. CHANIN (SBN# 76043) |
|   | JULIE M. HOUK   (SBN# 114968) |
| 2 | Law Offices of James B. Chanin |
|   | 3050 Shattuck Avenue |
| 3 | Berkeley, California  94705 |
|   | Telephone: 510.848.4752; Facsimile: 510.848.5819 |
| 4 | Email: jbcofc@aol.com |
| 5 | RACHEL LEDERMAN (SBN 130192) |
|   | Rachel Lederman & Alexis C. Beach |
| 6 | Attorneys at Law |
|   | 558 Capp Street |
| 7 | San Francisco, CA  94110 |
|   | Telephone: 415.282.9300; Facsimile: 415.285.5066 |
| 8 | Email:  rachel@beachledermanlaw.com |
| 9 | Attorneys for Plaintiff |
|   | Scott Olsen |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SCOTT OLSEN, | ) | CASE NO:  C12-06333 SI |
|              | ) | |
| Plaintiff,   | ) | **STIPULATION AND [P~~ROPOSED~~]** |
|              | ) | **ORDER CONTINUING CASE** |
| vs.          | ) | **MANAGEMENT CONFERENCE FROM** |
|              | ) | **SEPTEMBER 13, 2013 TO SEPTEMBER** |
| CITY OF OAKLAND; et al., | ) | **27, 2013 AT 2:30 P.M.** |
|              | ) | |
| Defendants.  | ) | **Current Hearing Date: 9.13.13** |
|              | ) | **Proposed Hearing Date: 9.27.13** |
|              | ) | **Time: 2:30 p.m.** |
|              | ) | **Courtroom: 10, 19th Floor** |
|              | ) | **The Honorable Susan Illston** |

STIP AND [PROP.] ORDER CONTINUING CMC TO 9.27.13
Olsen v. City of Oakland, et al., Case No. C12-06333 SI                    1

WHEREAS, Plaintiff's lead counsel, James B. Chanin, has a calendar conflict on the afternoon of September 13, 2013 due to a four hour long mediation in another matter, and given that the September 13, 2013 Case Management Conference will be the first such conference since the substitution of Plaintiff's counsel in this matter, Plaintiff is respectfully requesting that the Case Management Conference be continued for one week to September 27, 2013, at 2:30 p.m. and is submitting this Stipulation and Proposed Order in support of said request:

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE that the Case Management Conference, currently set for September 13, 2013, at 3:00 p.m. may be continued to September 27, 2013, at 2:30 p.m. due to the calendar conflict of Plaintiff's counsel.

IT IS SO STIPULATED AND AGREED:

Dated: September 4, 2013             _____/S/_____
                                      JAMES B. CHANIN
                                      Attorney for Plaintiff

Dated: September 4, 2013             _____/S/_____
                                      WILLIAM E. SIMMONS
                                      Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: September __4__, 2013         _____
                                      SUSAN ILLSTON
                                      Judge of the United States District Court