1 | JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
2 | Law Offices of James B. Chanin
3050 Shattuck Avenue
3 | Berkeley, California  94705
Telephone: 510.848.4752; Facsimile: 510.848.5819
4 | Email: jbcofc@aol.com

5 | RACHEL LEDERMAN (SBN 130192)
Rachel Lederman & Alexis C. Beach
6 | Attorneys at Law
558 Capp Street
7 | San Francisco, CA  94110
Telephone: 415.282.9300; Facsimile: 415.285.5066
8 | Email:  rachel@beachledermanlaw.com

9 | Attorneys for Plaintiff
Scott Olsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SCOTT OLSEN,

    Plaintiff,

vs.

CITY OF OAKLAND; et al.,

    Defendants.

CASE NO:  C12-06333 SI

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM SEPTEMBER 13, 2013 TO SEPTEMBER 27, 2013 AT 2:30 P.M.**

**Current Hearing Date: 9.13.13**
**Proposed Hearing Date: 9.27.13**
**Time: 2:30 p.m.**
**Courtroom: 10, 19th Floor**
**The Honorable Susan Illston**

STIP AND [PROP.] ORDER CONTINUING CMC TO 9.27.13
Olsen v. City of Oakland, et al., Case No. C12-06333 SI    1

WHEREAS, Plaintiff's lead counsel, James B. Chanin, has a calendar conflict on the afternoon of September 13, 2013 due to a four hour long mediation in another matter, and given that the September 13, 2013 Case Management Conference will be the first such conference since the substitution of Plaintiff's counsel in this matter, Plaintiff is respectfully requesting that the Case Management Conference be continued for one week to September 27, 2013, at 2:30 p.m. and is submitting this Stipulation and Proposed Order in support of said request:

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE that the Case Management Conference, currently set for September 13, 2013, at 3:00 p.m. may be continued to September 27, 2013, at 2:30 p.m. due to the calendar conflict of Plaintiff's counsel.

IT IS SO STIPULATED AND AGREED:

Dated: September 4, 2013                _____/S/_____
                                        JAMES B. CHANIN
                                        Attorney for Plaintiff

Dated: September 4, 2013                _____/S/_____
                                        WILLIAM E. SIMMONS
                                        Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: September __4__, 2013            _____
                                        SUSAN ILLSTON
                                        Judge of the United States District Court

STIP AND [PROP.] ORDER CONTINUING CMC TO 9.27.13
Olsen v. City of Oakland, et al., Case No. C12-06333 SI                    2