1 | John J. Verber, State Bar No. 139917
  | Aimee Hamoy-Perera, State Bar No. 221228
2 | BURNHAM BROWN
  | A Professional Law Corporation
3 | P.O. Box 119
  | Oakland, California 94604
4 | ---
  | 1901 Harrison Street, 14th Floor
5 | Oakland, California 94612
  | Telephone:   (510) 444-6800
6 | Facsimile:   (510) 835-6666

7 | Attorneys for Defendant
  | ROBERT ROCHE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT OLSEN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>    Defendants. | No. 3:12-cv-06333-SI<br><br>**SUBSTITUTION OF ATTORNEY FOR DEFENDANT OFFICER ROBERT ROCHE** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Defendant ROBERT ROCHE makes the following substitution:

1. Former legal representative: Barbara Parker, State Bar No: 069722, City Attorney, Randolph W. Hall, State Bar No: 080142, Chief Assistant City Attorney, William Simmons, State Bar No: 121266, Supervising Trial Attorney, One Frank H. Ogawa Plaza, 6th Floor, Oakland, CA 94612, (510) 238-6520.

2. New legal representatives: John J. Verber [Lead], State Bar No. 139917, Aimee Hamoy-Perera [Associate], State Bar No. 221228, Burnham Brown, 1901 Harrison Street, 14th Floor, Oakland, CA 94612, mailing address: P. O. Box 119, Oakland, CA 94604, (510) 444-6800.

///

///

I consent to this substitution:

DATE: 19 SEP 13, 2013        [signature] Robert Roche
                              Defendant ROBERT ROCHE

I consent to this substitution:

DATE: _____, 2013        CITY OF OAKLAND

                              By /s/
                              WILLIAM SIMMONS
                              Supervising Trial Attorney

I consent to this substitution:

DATE: September 16, 2013      BURNHAM BROWN

                              By /s/
                              JOHN J. VERBER
                              Attorneys for Defendant ROBERT ROCHE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) with this efiled document.

IT IS SO ORDERED.

DATE: 9/17, 2013              [signature] Susan Illston
                              JUDGE OF THE U. S. DISTRICT COURT

4837-2039-5029, v. 1