John J. Verber, State Bar No. 139917
Aimee Hamoy-Perera, State Bar No. 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:  (510) 444-6800
Facsimile:  (510) 835-6666

Attorneys for Defendant
ROBERT ROCHE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT OLSEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>　　　　Defendants. | No. 3:12-cv-06333-SI<br><br>**SUBSTITUTION OF ATTORNEY FOR DEFENDANT OFFICER ROBERT ROCHE** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Defendant ROBERT ROCHE makes the following substitution:

1. Former legal representative: Barbara Parker, State Bar No: 069722, City Attorney, Randolph W. Hall, State Bar No: 080142, Chief Assistant City Attorney, William Simmons, State Bar No: 121266, Supervising Trial Attorney, One Frank H. Ogawa Plaza, 6th Floor, Oakland, CA 94612, (510) 238-6520.

2. New legal representatives: John J. Verber [Lead], State Bar No. 139917, Aimee Hamoy-Perera [Associate], State Bar No. 221228, Burnham Brown, 1901 Harrison Street, 14th Floor, Oakland, CA 94612, mailing address: P. O. Box 119, Oakland, CA 94604, (510) 444-6800.

///

///

I consent to this substitution:

DATE: __19 SEP 13__, 2013       _____/s/ Robert Roche_____
                                Defendant ROBERT ROCHE

I consent to this substitution:

DATE: _____, 2013    CITY OF OAKLAND

                                By _____/s/_____
                                   WILLIAM SIMMONS
                                   Supervising Trial Attorney

I consent to this substitution:

DATE: __September 16__, 2013        BURNHAM BROWN

                                By _____/s/_____
                                   JOHN J. VERBER
                                   Attorneys for Defendant ROBERT ROCHE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) with this efiled document.

IT IS SO ORDERED.

DATE: __9/17__, 2013            _____/s/ Susan Illston_____
                                JUDGE OF THE U. S. DISTRICT COURT

4837-2039-5029, v. 1