JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: 510.848.4752; Facsimile: 510.848.5819
Email: jbcofc@aol.com

RACHEL LEDERMAN (SBN 130192)
Rachel Lederman & Alexis C. Beach
Attorneys at Law
558 Capp Street
San Francisco, CA  94110
Telephone: 415.282.9300; Facsimile: 415.285.5066
Email:  rachel@beachledermanlaw.com

Attorneys for Plaintiff
Scott Olsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT OLSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND; et al.,<br><br>    Defendants. | CASE NO:  C12-06333 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CORRECT CAPTION PAGE ON FIRST AMENDED COMPLAINT AND TO CORRECT SUMMONS ON FIRST AMENDED COMPLAINT**<br><br>**Current Hearing Date: 9.13.13**<br>**Proposed Hearing Date: 9.27.13**<br>**Time: 2:30 p.m.**<br>**Courtroom: 10, 19th Floor**<br>**The Honorable Susan Illston** |

STIP AND [PROP.] ORDER TO CORRECT CAPTION/SUMMONS
Olsen v. City of Oakland, et al., Case No. C12-06333 SI            1

Whereas, the caption page to the Plaintiff's First Amended Complaint inadvertently omitted reference to Defendant Roland Holmgren, who was joined as a defendant in this action pursuant to stipulation and is referred to in the body of said First Amended Complaint; and whereas Defendant Roland Holmgren was also inadvertently omitted from the Summons on the Plaintiff's First Amended Complaint,

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT these omissions shall be corrected as follows:

1. The corrected caption page to the Plaintiff's First Amended Complaint, which is attached and incorporated herein by reference as Exhibit 1, shall be considered to substitute for all purposes for the caption page only on the Plaintiff's First Amended Complaint that was filed with the Court on September 11, 2013. In all other respects, the Plaintiff's First Amended Complaint shall be that which was filed with the Court on September 11, 2013; and,

2. The Corrected Summons on the First Amended Complaint, that is attached and incorporated herein by reference as Exhibit 2, shall substitute for all purposes for the Summons previously issued by the Court on the First Amended Complaint on September 13, 2013, and shall be issued in said corrected form by the Clerk of the Court.

IT IS SO STIPULATED AND AGREED:

Dated: September 26, 2013  _____/S/_____
JAMES B. CHANIN
Attorney for Plaintiff

Dated: September 26, 2013  _____/S/_____
WILLIAM E. SIMMONS
Attorney for City of Oakland Defendants

Dated: September 26, 2013  _____/S/_____
JOHN J. VERBER
Attorney for Defendant Robert Roche

STIP AND [PROP.] ORDER TO CORRECT CAPTION/SUMMONS
Olsen v. City of Oakland, et al., Case No. C12-06333 SI                    2

1  
2 PURSUANT TO STIPULATION,  
IT IS SO ORDERED:  
3 Dated: September 26, 2013  

_____
SUSAN ILLSTON
Judge of the United States District Court

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

1  JAMES B. CHANIN (SBN# 76043)
   JULIE M. HOUK   (SBN# 114968)
2  Law Offices of James B. Chanin
   3050 Shattuck Avenue
3  Berkeley, California 94705
   Telephone: 510.848.4752; Facsimile: 510.848.5819
4  Email: jbcofc@aol.com

5  RACHEL LEDERMAN (SBN 130192)
   Rachel Lederman & Alexis C. Beach
6  Attorneys at Law
   558 Capp Street
7  San Francisco, CA 94110
   Telephone: 415.282.9300; Facsimile: 415.285.5066
8  Email: rachel@beachledermanlaw.com

9  Attorneys for Plaintiff
   Scott Olsen

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

12 SCott OLSEN,                          ) CASE NO: C12-06333 SI
                                         )
13       Plaintiff,                      )
                                         )  **CORRECTED CAPTION PAGE TO**
14 vs.                                   )  **FIRST AMENDED COMPLAINT**
                                         )  **FOR DAMAGES**
15 CITY OF OAKLAND; HOWARD JORDAN,       )  (Violation of Civil Rights,
   individually and in his capacity as Chief of )  42 U.S.C. Section 1983; and
16 Police for the City of Oakland; ERIC  )  Supplemental Claims)
   BRESHEARS, individually and in his capacity )
17 as a Deputy Chief of Police for the City of  )  **JURY TRIAL DEMANDED**
   Oakland; PAUL FIGUEROA, individually and )
18 in his capacity as a Captain of Police for the )
   City of Oakland; ROLAND HOLMGREN    )
19 individually and in his capacity as a Sergeant )
   of Police for the City of Oakland; ROBERT )
20 ROCHE or DOE 1, individually and in his )
   capacity as a police officer for the City of )
21 Oakland; DOES 2-100, inclusive,       )
                                         )
22       Defendants.                     )
                                         )

23

24         FIRST AMENDED COMPLAINT [CORRECTED CAPTION PAGE]
              Olsen v. City of Oakland, et al., Case No. C12-06333 SI                1

                                    EXHIBIT 1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Scott Olsen,<br>*Plaintiff(s)*<br>v.<br><br>City of Oakland; HOWARD JORDAN, individually and in his capacity as Chief of Police for the City of Oakland; ERIC BRESHEARS, individually and in his capacity as a Deputy Chief of Police for the City of Oakland; PAUL FIGUEROA, individually and in his capacity as a Captain of Police for the City of Oakland; ROLAND HOLMGREN, individually and in his capacity as Sergeant of Police for the City of Oakland; ROBERT ROCHE or DOE 1, individually and in his capacity as a police officer for the City of Oakland; DOES 2-100, inclusive,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   C12-06333 SI |

CORRECTED   **SUMMONS IN A CIVIL ACTION**   ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*
City of Oakland, c/o City of Oakland City Attorney's Office, One Frank H. Ogawa Plaza, Sixth Floor, Oakland, California [See Attachment 1 for additional defendants and addresses]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JAMES B. CHANIN (SBN# 76043), JULIE M. HOUK  (SBN# 114968), Law Offices of James B. Chanin, 3050 Shattuck Avenue, Berkeley, California  94705, Telephone: 510.848.4752; FaX: 510.848.5819, Email: jbcofc@aol.com, juliemhouk@aol.com; RACHEL LEDERMAN (SBN 130192), Rachel Lederman & Alexis C. Beach, Attorneys at Law 558 Capp Street, San Francisco, CA  94110, Telephone: 415.282.9300; Facsimile: 415.285.5066, Email: rachel@beachledermanlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

EXHIBIT 2

**ATTACHMENT 1 TO SUMMONS ON FIRST AMENDED COMPLAINT**

Additional Defendants and Address:

HOWARD JORDAN, individually and in his capacity as Chief of Police for the City of Oakland; ERIC BRESHEARS, individually and in his capacity as a Deputy Chief of Police for the City of Oakland; PAUL FIGUEROA, individually and in his capacity as a Captain of Police for the City of Oakland; ROLAND HOLMGREN, individually and in his capacity as a Sergeant of Police for the City of Oakland; ROBERT ROCHE or DOE 1, individually and in his capacity as a police officer for the City of Oakland; c/o City of Oakland Police Department, 455 7th Street, Oakland, California.

Date: _____

                                                *Signature of Clerk or Deputy Clerk*

---

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   C12-06333 SI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                *Server's signature*

                                                *Printed name and title*

                                                *Server's address*