IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT OLSEN,

        Plaintiff,

  v.

CITY OF OAKLAND, *et al.*,

        Defendants.
                                          /

No. C 12-6333 SI

**ORDER RE: DISCOVERY**

On February 21, 2014, the parties submitted a joint statement regarding the status of various discovery disputes. As to a number of outstanding issues (documents provided to the Frazier group, gaps in radio communications recordings, electronic communications, IA files of Tango Team members, and CPRB file), plaintiff requests the opportunity to file a motion to compel within 30 days if the parties are unable to resolve these issues. The Court GRANTS this request.

With regard to the missing police surveillance videos, plaintiff requests the opportunity to raise this issue again after Sergeant Rullamas' deposition if plaintiff's counsel remains dissatisfied with the explanation for the discrepancy in the number of reported versus produced videos. The Court GRANTS this request.

Finally, based upon the City's representation that it has no SWAT training materials for the time period requested by plaintiff other than those already produced, plaintiff seeks an order precluding the City from offering at trial any unproduced SWAT training materials. The Court GRANTS this request and so orders.

Accordingly, any motion to compel by plaintiff as to outstanding discovery matters must be filed by **March 21, 2014**.

**IT IS SO ORDERED.**

Dated: March 5, 2014

SUSAN ILLSTON
United States District Judge