1 | John J. Verber, State Bar No. 139917
2 | Aimee Hamoy-Perera, State Bar No. 221228
  | BURNHAM BROWN
3 | A Professional Law Corporation
  | P.O. Box 119
4 | Oakland, California 94604
  | ---
5 | 1901 Harrison Street, 14th Floor
  | Oakland, California  94612
  | Telephone:    (510) 444-6800
6 | Facsimile:    (510) 835-6666

7 | Attorneys for Defendant
  | OFFICER ROBERT ROCHE,
8 | Sued herein as Robert Roche

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTT OLSEN, | No. 3:12-cv-06333-SI |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |
| v. | |
| CITY OF OAKLAND, | |
| Defendants. | |

A case management conference is currently scheduled in this matter for Friday, March 14, 2014. This was scheduled to follow a second settlement conference with Magistrate Judge Beeler that was originally set for March 4. That settlement conference has been put over to March 18, 2014. If the matter does not settle on March 18, the parties have a large number of depositions scheduled, including Mayor Quan on March 21 and other City officials and police officers on subsequent dates. The earliest Friday after March 18 when no depositions are scheduled is May 2, 2014. In light of the upcoming settlement conference and the effort being directed toward that conference, the parties jointly request that the case management conference

1  be continued until May 2, 2014, or such date thereafter as the Court may have available.

2  DATED:  March 6, 2014                          BURNHAM BROWN

4                                                 By    /s/ John J. Verber
                                                  JOHN J. VERBER
5                                                 Attorneys for Defendant
                                                  OFFICER ROBERT ROCHE, Sued herein as
6                                                 Robert Roche

8  DATED:  March 6, 2014                          RACHEL LEDERMAN # ALEXIS C. BEACH

10                                                By    /s/ Rachel Lederman
                                                  RACHEL LEDERMAN
11                                                Attorneys for Plaintiff
                                                  SCOTT OLSEN

13 DATED:  March 6, 2014                          LAW OFFICES OF JAMES B. CHANIN

15                                                By    /s/ James B. Chanin
                                                  JAMES B. CHANIN
16                                                Attorneys for Plaintiff
                                                  SCOTT OLSEN

18 DATED:  March 6, 2014                          LOZANO SMITH

20                                                By    /s/ William Simmons
                                                  WILLIAM SIMMONS
21                                                Attorneys for Defendant
                                                  CITY OF OAKLAND
22                                                HOWARD JORDAN
                                                  ERIC BRESHEARS
23                                                ROLAND HOLMGREN

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the Case Management Conference scheduled for March 14, 2014 is continued to May ~~2~~ 9, 2014, at 3 p.m.

IT IS SO ORDERED.

DATED: 3/6/14

_____
HON. SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

4820-9430-0953, v. 1