LAW OFFICES OF
## JAMES B. CHANIN
3050 SHATTUCK AVENUE
BERKELEY, CALIFORNIA 94705
(510) 848-4752
FAX (510) 848-5819

Via E-Filing

The Honorable Laurel Beeler
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

       Re: Olsen v. City of Oakland, et al., Case No. C12-06333 SI (LB)
       Subject: Request to appear via telephone and/or video at settlement conference
       Date/Time of Settlement Conference: March 18, 2014, 9:30 a.m.

Dear Judge Beeler:

    I am one of the attorneys representing the plaintiff, Scott Olsen, in the above-referenced action.

    I am writing to request permission from the Court to attend the settlement conference in this matter set for March 18, 2014, at 9:30 a.m. via videoconferencing or by telephone conference call due to the fact that I am presently on the East Coast.

    Although my co-counsels, James Chanin and Rachel Lederman, will be appearing in person at the settlement conference along with Mr. Olsen, I would like to have the opportunity to be available to speak to issues relating to Mr. Olsen's damages and/or to questions regarding liability, if necessary, during the settlement conference.

    I will be available at a landline phone (603) 563-8309 throughout the duration of the settlement conference and can also appear via videoconferencing through the Court Call service. I am also available to call in to the Court at a designated phone number.

    Please advise whether my request to appear via video or telephone conferencing is granted and, if so, what method of appearance the Court is amenable to for my remote appearance.

    Thank you for your consideration in this matter.

Respectfully,
/S/
Julie M. Houk

```
The court will contact counsel at the phone number
listed below throughout the conference.
Dated: March 17, 2014
```



APPROVED
Judge Laurel Beeler