JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: 510.848.4752; Facsimile: 510.848.5819
Email: jbcofc@aol.com

RACHEL LEDERMAN (SBN 130192)
Rachel Lederman & Alexis C. Beach
Attorneys at Law
558 Capp Street
San Francisco, CA 94110
Telephone: 415.282.9300; Facsimile: 415.285.5066
Email: rachel@beachledermanlaw.com

Attorneys for Plaintiff
Scott Olsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT OLSEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>　　　　Defendants. | No. 3:12-cv-06333-SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

　　　A case management conference is currently scheduled in this matter for Friday, May 9, 2014. A tentative settlement has been reached pending final approval by the Oakland City Council and the City's excess insurance carrier. Such approval is scheduled for May 2 and May 6, 2014. Following final approval, two weeks is required for payment. The parties anticipate filing a stipulation for entry of dismissal once the settlement funds are received. Accordingly, the parties jointly request that the Case Management Conference be continued until May 30,

2014, or such date thereafter as the Court may have available.

DATED: April 25, 2014         BURNHAM BROWN

                              By /S/
                                  JOHN J. VERBER
                              Attorneys for Defendant
                              OFFICER ROBERT ROCHE, Sued herein as
                              Robert Roche

DATED: April 25, 2014         RACHEL LEDERMAN & ALEXIS C. BEACH

                              By /S/
                                  RACHEL LEDERMAN
                              Attorneys for Plaintiff
                              SCOTT OLSEN

DATED: April 25, 2014         LAW OFFICES OF JAMES B. CHANIN

                              By /S/
                                  JAMES B. CHANIN
                              Attorneys for Plaintiff
                              SCOTT OLSEN

DATED: April 25, 2014         OFFICE OF THE CITY ATTORNEY

                              By /S/
                                  JAMES HODGKINS
                              Attorneys for Defendant
                              CITY OF OAKLAND
                              HOWARD JORDAN
                              ERIC BRESHEARS
                              ROLAND HOLMGREN

2

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the Case Management Conference scheduled for May 9, 2014 is continued to May 30, 2014 @ 3 p.m.

IT IS SO ORDERED.

DATED: 4/28/14



HON. SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE