```
JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: 510.848.4752; Facsimile: 510.848.5819
Email: jbcofc@aol.com

RACHEL LEDERMAN (SBN 130192)
Rachel Lederman & Alexis C. Beach
Attorneys at Law
558 Capp Street
San Francisco, CA 94110
Telephone: 415.282.9300; Facsimile: 415.285.5066
Email: rachel@beachledermanlaw.com

Attorneys for Plaintiff
Scott Olsen
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT OLSEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>　　　　Defendants. | No. 3:12-cv-06333-SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

　　　A case management conference is currently scheduled in this matter for May 28, 2014. A settlement has been reached and the parties plan to file a dismissal as soon as the settlement funds have been paid in full. Defendants' counsel expect to be able to do so within the next week. Accordingly, the parties jointly request that the Case Management Conference be continued until June 13, 2014, or such date thereafter as the Court may have available.

DATED:  May 23, 2014　　　　　　　　　　　BURNHAM BROWN

　　　　　　　　　　　　　　　　　　　　　　　By /S/
　　　　　　　　　　　　　　　　　　　　　　　　JOHN J. VERBER
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　OFFICER ROBERT ROCHE, Sued herein as

1

| | | |
|---|---|---|
| 1 | | Robert Roche |
| 2 | DATED: May 23, 2014 | RACHEL LEDERMAN & ALEXIS C. BEACH |
| 3 | | By /S/ |
| 4 | |   RACHEL LEDERMAN<br>Attorneys for Plaintiff |
| 5 | | SCOTT OLSEN |
| 6 | DATED: May 23, 2014 | LAW OFFICES OF JAMES B. CHANIN |
| 7 | | By /S/ |
| 8 | |   JAMES B. CHANIN<br>Attorneys for Plaintiff |
| 9 | | SCOTT OLSEN |
| 10 | DATED: May 23, 2014 | LOZANO SMITH |
| 11 | | By /S/ |
| 12 | |   WILLIAM SIMMONS<br>Attorneys for Defendant |
| 13 | | CITY OF OAKLAND<br>HOWARD JORDAN |
| 14 | | ERIC BRESHEARS<br>ROLAND HOLMGREN |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the Case Management Conference scheduled for May 28, 2014 is continued to June 13, 2014 @ 3 p.m.

IT IS SO ORDERED.

DATED: 5/27/14

HON. SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE