JAMES B. CHANIN (SBN 76043)
JULIE M. HOUK (SBN) 114968
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone:    510.848.4752
Facsimile:     510.848.5819
Attorneys for Plaintiffs

RACHEL LEDERMAN (SBN 130192)
Rachel Lederman & Alexis C. Beach
Attorneys at Law
558 Capp Street
San Francisco, CA 94110
Telephone: 415.282.9300
Facsimile: 415.285.5066
Email: rachel@beachledermanlaw.com

Attorneys for Plaintiff
Scott Olsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT OLSEN, | ) CASE NO: C12-06333 SI |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER FOR VOLUNTARY DISMISSAL** |
| | ) **WITH PREJUDICE PURSUANT TO THE** |
| CITY OF OAKLAND; et al., | ) **SETTLEMENT AGREEMENT** |
| Defendants. | ) **BETWEEN ALL PARTIES** |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT pursuant to the terms of the settlement of the entire action reached between the parties, this action shall be dismissed with prejudice, each party to bear

1

OLSEN V. CITY OF OAKLAND, ET AL., CASE NO. C12-06333 SI
Stipulation and Proposed Order for Voluntary Dismissal with Prejudice

their own attorneys' fees and costs.

IT IS FURTHER EXPRESSLY AGREED AND STIPULATED THAT this Stipulation shall not be filed with, or entered by, the Court unless and until the full amount of the monetary settlement sums have been paid in full to Plaintiff and his counsel as well as to the annuity company as set forth in the terms of the parties' settlement agreement.

IT IS SO STIPULATED:

Dated: May 30, 2014

_____
William E. Simmons, Esq.
Attorney for Defendant City of Oakland, Howard Jordan, Eric Breshears and Roland Holmgren

Dated: June 3, 2014

_____
John J. Verber, Esq.
Attorney for Defendant, Robert Roche

Dated: June 4, 2014

_____
James B. Chanin
Attorney for Plaintiff, Scott Olsen

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: 6/5, 2014

_____
Susan Illston
Judge of the United States District Court

2

OLSEN V. CITY OF OAKLAND, ET AL., CASE NO. C12-06333 SI
Stipulation and Proposed Order for Voluntary Dismissal with Prejudice